### Bertha Rohn, Appellee, v. Robert F. Rohn, Appellant.

### Gen. No. 19,336.  (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. EDWARD M. MANGAN, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Affirmed. Opinion filed March 31, 1914.

### Statement of the Case.

Divorce proceeding by Bertha Rohn against Robert F. Rohn. From an order for five dollars a week temporary alimony and for twenty-five dollars for solicitor's fees pending an appeal from a previous order, defendant appeals.

The previous order appealed from was entered October 15, 1912 and the order in question was entered November 29, 1912, both orders being entered for the same amount of alimony and solicitor's fees. The appeal from the previous order is reported in *Rohn v. Rohn, ante,* p. 594.

ALBERT WESLEY GOTTSCHALK, for appellant.

FRANK S. RIGHEIMER, for appellee.

MR. JUSTICE BARNES delivered the opinion of the court.

## Abstract of the Decision.

DIVORCE, § 141*—*when allowance of temporary alimony and so-licitor's fees pending appeal authorized.* An order for five dollars a week temporary alimony and twenty-five dollars attorney's fees pending an appeal from a previous order of the court, *held* author-ized by the defendant's answer upon which the order was based, it appearing therefrom that defendant had no one to support but himself and wife, that he had a lot worth two hundred dollars, and was receiving five hundred dollars a year for attending to his mother's investments, and it not appearing that such duties took all his time.